AO 247 (Rev. 11/11:CASD 05/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Guillermo Alvarez | Case No: 22-cr-1826-JO<br>USM No: 11415-510 |
| Date of Original Judgment: 02/24/2023<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | David L. Baker<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____40____ months **is reduced to** ____31 months____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The Court grants in part and denies in part defendant's motion to reduce his sentence. The defendant requests a 10-month reduction, however the Court reduces the defendant's sentence by 9 months. Had Amendment 821 to Sentencing Guidelines been in effect at the time of the defendant's sentencing hearing, the total offense level after departures would have been at a level 21 with a criminal history category of I, which would yield a Guideline range of 37 to 46 months. At the time of the sentencing hearing, the Court varied downward by 6 months from a Guideline range of 46 to 57 months, resulting in an ultimate sentence of 40 months. Accordingly, after applying a downward variance of 6 months from the range of 37 to 46 months and weighing the § 3553(a) factors, the Court concludes that a reduced sentence of 31 months is warranted and grants a 9-month reduction from the original 40 months imposed.

Except as otherwise provided, all provisions of the judgment dated ____02/24/2023____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/26/24

Effective Date: _____
*(if different from order date)*

_____
*Judge's signature*

Hon. Jinsook Ohta, United States District Judge
*Printed name and title*